UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRICKET COMMUNICATIONS, INC.,

    Plaintiff(s),

v.

HIPCRICKET, INC.,

    Defendant(s).

NO. C08-908MJP

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The above-entitled Court, having received and reviewed Plaintiff's Motion to Compel Production of Documents (Dkt. No. 46) and all responsive pleadings, declarations, attachments and exhibits thereto, IT IS ORDERED that Plaintiff's motion is GRANTED. Defendant shall produce documents responsive to Plaintiff's Request for Production No. 23, or assert under oath that the requested documents do not exist.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: August 26, 2008

Marsha J. Pechman
U.S. District Judge

**ORD ON MTN TO COMPEL - 1**