UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> HIPCRICKET, INC., <br><br> Defendant(s). | NO. C08-908MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has reviewed the parties' pleadings regarding Plaintiff's Motion Requesting an Order Changing Time. While the Court DENIES the request to move the trial date past July 2009, the Court GRANTS the request to revise the trial schedule. The trial date will be moved to the date originally requested by the parties -- **May 4, 2009** -- and an amended trial schedule reflecting that new date will issue forthwith.

Filed this 30th day of September, 2008.

                             BRUCE RIFKIN, Clerk

                             By     /s Mary Duett
                                        Deputy Clerk

MINUTE ORDER