UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRICKET COMMUNICATION, INC.,

    Plaintiff(s),

  v.

HIPCRICKET, INC.,

    Defendant(s).

NO. C08-908MJP

ORDER ON TRIAL SCHEDULE

The above-entitled Court, having received and reviewed:

1. Response by Defendant Hipcricket, Inc. (Dkt. No. 66)

2. Response by Plaintiff Cricket Communications, Inc. (Dkt. No. 67)

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the trial date in this matter will be scheduled for **May 4, 2009**. An amended trial schedule will be forthcoming.

The Court notes that May 4, 2009 was the date originally suggested by the parties in their Join Status Report of August 1, 2008 (Dkt. No. 50), and that Plaintiff's counsel is not scheduled to be out of the country until the middle of May 2009 (by which time the trial – estimated by the parties to take 5-7 days – will be concluded).

The clerk is directed to provide copies of this order to all counsel of record.

Dated: October 17, 2008

                    Marsha J. Pechman
                    U.S. District Judge

**ORDER ON
TRIAL SCHED - 1**

**ORDER ON
TRIAL SCHED - 2**