UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRICKET COMMUNICATIONS, INC.,

    Plaintiff(s),

v.

HIPCRICKET, INC.,

    Defendant(s).

NO. C08-908MJP

ORDER ON MOTION TO REVISE CASE SCHEDULE

The Court, having received and reviewed the Stipulated Request for Order Changing Time (Dkt. No. 71), makes the following findings:

1. The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or
2. The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED. The Court also notes, for the benefit of the parties and their counsel, that it has every intention of commencing trial on the date noted in the case scheduling order. It is extremely rare that a case goes to trial on a date other than its scheduled start date.

The clerk is directed to send copies of this order to all counsel of record.

Dated: November 7, 2008

    Marsha J. Pechman
    U.S. District Judge

ORD ON MTN TO REVISE- 1