UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRICKET COMMUNICATIONS, INC.,

    Plaintiff(s),

v.

HIPCRICKET, INC.,

    Defendant(s).

NO. C08-908MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and review Plaintiff's Motion for Leave to File Discovery Motion (Dkt. No. 107). Although Defendant has not responded in writing to the motion, the Court assumes prior to ruling that Defendant opposes the motion as untimely and prejudicial.

The motion for leave to file the discovery motion is GRANTED. Plaintiff's underlying motion to compel is noted for February 13, 2009 and that noting date will remain in place. Defendant's response and Plaintiff's reply briefs will be due in accordance with the briefing schedule set out in the Local Rules.

Filed this 29th day of January, 2009.

                                    BRUCE RIFKIN, Clerk

                                    By    /s Mary Duett
                                                  Deputy Clerk

MINUTE ORDER