UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRICKET COMMUNICATIONS, INC.,

        Plaintiff(s),

v.

HIPCRICKET, INC.,

        Defendant(s).

NO. C08-908MJP

ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion to Compel Production of Documents (Dkt. No. 87)

2. Hipcricket's Opposition to Plaintiff's Motion to Compel Production of Documents (Dkt. No. 99)

3. Plaintiff's Reply in Support of Plaintiff's Motion to Compel Production of Documents (Dkt. No. 101)

and all attached exhibits and declarations, makes the following ruling:

IT IS ORDERED that the motion is GRANTED. Defendant shall produce a privilege log providing information relating to the documents it has withheld in response to Request No. 23.

IT IS FURTHER ORDERED that the privilege log shall be furnished within 10 days of the date of this order, and shall contain the following information:

1. The attorney and client involved
2. The nature of the document
3. All persons or entities shown on the document to have received or sent the document
4. All persons or entities to have been furnished the document or informed of its substance
5. The date the document was generated, prepared or dated.

**ORD ON MTN
TO COMPEL - 1**

1     The clerk is directed to provide copies of this order to all counsel of record.

2     Dated: February __9___, 2009

*/s/ Marsha J. Pechman*
Marsha J. Pechman
U.S. District Judge

**ORD ON MTN TO COMPEL - 2**