UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRICKET COMMUNICATIONS, INC.,

    Plaintiff(s),

    v.

HIPCRICKET, INC.,

    Defendant(s).

NO. C0-MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

On February 27, 2009, Defendant filed a Reply Memorandum in Support of Motion for Summary Judgment. Dkt. No. 130. The 12-page reply was accompanied by a separate document entitled "Hipcricket, Inc.'s Objections, to, and Motion to Strike, Portions of Declarations Submitted by Plaintiff in Opposition to Hipcricket's Motion for Summary Judgment." This document was an additional 12 pages in length.

Defendant is referred to Local Rule 7(g), "Requests to Strike Material Contained in Motion or Briefs:"

> Requests to strike material contained in or attached to submissions of opposing parties shall not be presented in a separate motion to strike, but shall instead be included in the responsive brief and will be considered with the underlying motion. The single exception to this rule is for requests to strike material contained in or attached to a reply brief...

MINUTE ORDER

1  The Court hereby STRIKES Defendant's separately filed "Motion to Strike" brief.  If
2  Defendant wishes to have its motion to strike considered, it must re-file its reply brief and combine its
3  substantive responsive arguments with its motion to strike in a single 12-page document.  Such a
4  combined pleading must be filed by **Friday, March 6, 2009.**  If no amended reply brief is filed, the
5  Court will consider all the parties' pleadings and attached documents.  If an amended reply brief is
6  filed, the Court will notify Plaintiff if it considers a surreply to the motion to strike necessary.

8  Filed this 2nd day of March, 2009.

9                                                   BRUCE RIFKIN, Clerk

11                                                   By     /s Mary Duett
                                                            Deputy Clerk

26  MINUTE ORDER